UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARCONE APW, LLC,                    )
                                     )
                                     )
        Plaintiff,                   )
                                     )
        vs.                          )        Case No. 4:10CV1630 RWS
                                     )
MICHAEL MANGAN, et al.,              )
                                     )
        Defendants.                  )

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion for reconsideration.

The Court will not reconsider granting leave to plaintiff to amend its complaint,

but the motion to dismiss remains pending and will be construed as applicable to

the amended complaint.  Plaintiff shall address the effect, if any, that amendment

has on the pending motion to dismiss in its reply brief, and defendants shall be

granted leave to file a sur-reply addressing this issue only.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for reconsideration [#19] is

denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of October, 2010.